UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM B. BRYANT,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES GREESON,<br>in his official capacity,<br>　　　　Defendants. | )<br>)<br>)<br>)　1:08-CV-00917-LJM-TAB<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF JUDGMENT

Through an Order dated August 27, 2010, the Court granted summary judgment in favor of defendant, James Greeson, and against plaintiff, William B. Bryant, on plaintiff's complaint under 42 U.S.C. § 1983.  Judgment is entered accordingly.

DATED this 27th day of August, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
　　　Deputy Clerk

Distribution attached.

Distribution to:

Andrew Dutkanych III
BIESECKER DUTKANYCH & MACER LLC
ad@bdlegal.com

Katie J. Kawiecki
OFFICE OF CORPORATION COUNSEL
kkawiecki@indy.gov